FILED
2014 Mar-20 PM 02:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **WAYNE RECLA,** )  )   **Plaintiff,** )  ) **v.** ) ) **COMMISSIONER, SOCIAL SECURITY** ) **ADMINISTRATION,** )  ) **Defendant.** ) | **Case No. 4:12-cv-03732-RDP** |

## MEMORANDUM OPINION

On February 26, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. On March 12, 2014, Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation and Plaintiff's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that the Commissioner's decision be affirmed and the motion to remand be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** and **ORDERED** this ____20th____ day of March, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE